IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CROP PRODUCTION SERVICES, INC.                                             PLAINTIFF

Vs.                            4:11CV00319- BRW

DAPHNE GIBBS CAUBBLE, an Individual; and
JASON CHEVROME HELTON, an Individual                                     DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered in favor of plaintiff, CROP PRODUCTION SERVICES, INC. Plaintiff is awarded $891,714.14 plus prejudgment interest in the amount of 3% per year dating to April 25, 2011.

IT IS SO ORDERED this 9th day of November, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE