IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


CROP PRODUCTION SERVICES, INC.                                              PLAINTIFF


     Vs.                                    4:11CV00319- BRW


DAPHNE GIBBS CAUBBLE, an Individual;                              DEFENDANTS


<u>AMENDED JUDGMENT</u>

In accordance with the Court's Order entered this date, judgment is hereby entered in favor of plaintiff, CROP PRODUCTION SERVICES, INC.   Plaintiff is awarded $891,714.14 plus prejudgment interest in the amount of 3% per year dating to April 25, 2011.

NUNC PRO TUNC the 9th day of November, 2012.

IT IS SO ORDERED this 1st day of March, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE