IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CROP PRODUCTION SERVICES, INC.**                                                               **PLAINTIFF**

VS.                                          4:11-CV-00319-BRW

**DAPHNE GIBBS CAUBBLE, an individual and**                              **DEFENDANTS**
**JASON CHEVROME HELTON, an individual**

## JUDGMENT

In accordance with the Order entered July 15, 2013, judgment is hereby entered in favor of Plaintiff Crop Production Services, Inc. against Defendant Jason Chevrome Helton. Plaintiff is awarded $891,780.14 plus prejudgment interest of 3% annually dating to April 25, 2011. Plaintiff is awarded postjudgment interest of .15% annually until the judgment is satisfied.

Additionally, Plaintiff's Motions for Attorneys' Fees are GRANTED in FULL as to fees, and GRANTED in PART as to costs. Mr. Helton must pay to Plaintiff $55,046.60 in attorneys' fees and $187.60 in costs for a total of $55,234.20. Ms. Caubble must pay to Plaintiff $20,543 in attorneys' fees and $175 in costs for a total of $20,718.

IT IS SO ORDERED this 19th day of August, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE